NO. 07-07-0143-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 9, 2007
_____

B4 CATTLE CO., INC. AND BERT SMITH IV, APPELLANTS

V.

COYOTE LAKE FEEDYARD, INC., APPELLEE
_____

FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;

NO. 8270; HONORABLE GORDON H. GREEN, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

B4 Cattle Co., Inc. and Bert Smith IV, appellants, have filed a motion to dismiss this appeal because they have settled the matter and no longer wish to pursue it. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). All costs of this appeal are assessed to the appellants. No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice